# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-10409-AMC |
| DELONE LESLIE | : Chapter 13 |
| Debtor | |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST c/o Fay Servicing, LLC | : |
| Movant | : |
| vs. | : |
| DELONE LESLIE | : |
| Debtor/Respondents | : |
| and | : |
| KENNETH E. WEST, Esquire | : |
| Trustee/Respondent | : |

## ORDER

AND NOW, this  24th  day of  April , 2024, upon the consideration US Bank Trust National Association, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust c/o Fay Servicing, LLC ("Movant") Certification of Default, it is hereby:

ORDERED THAT: the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 1612 Clifton Avenue, Sharon Hill, PA 19079:

IT IS FURTHER ORDERED THAT the 14-day stay pursuant to Rule 4001(a)(1) is waived, permitting Movant to immediately enforce and implement this Order for relief.

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge